Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 23–61007–maw**

**In re:**

Brandon D. Fazekas
90 Chippewa Trail
Rittman, OH 44270

**Social Security No.:**

xxx–xx–0005

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Anne Piero Silagy Esq. is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** December 29, 2023                    /s/ Mary Ann Whipple
Form ohnb136a                                   United States Bankruptcy Judge